■ ANA LOPEZ, Appellant, v LINCOLN HOSPITAL et al., Respondents. [709 NYS2d 398] —Order, Supreme Court, Bronx County (Gerald Esposito, J.), entered October 27, 1997, which, in this medical malpractice action, denied plaintiff's application to serve and file a late notice of claim, unanimously affirmed, without costs.

The motion court was without discretion to permit plaintiff to file a late notice of claim since plaintiff's motion for permission to file a late notice of claim was not made (*see,* CPLR 2211) until more than one year and 90 days beyond the accrual of her cause of action (*see,* General Municipal Law § 50-e [5]; § 50-i [1]; *Pierson v City of New York*, 56 NY2d 950; *Abad v New York City Health & Hosps. Corp.*, 214 AD2d 342). Concur—Wallach, J. P., Andrias, Saxe and Buckley, JJ.